1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9    SALLY PICKENS,

10              Plaintiff,

11         v.                                   Case No.  C03-2519L

12   JO ANNE BARNHART, Commissioner of          ORDER GRANTING MOTION TO
     Social Security Administration,            VACATE DISMISSAL AND REOPEN
13
                Defendant.
14

15

16        This matter comes before the Court on plaintiff Sally Pickens' motion to vacate dismissal

17   and issue new case schedule (Dkt. #19).  The Court previously dismissed Pickens' case without

18   prejudice for failure to exhaust her administrative remedies.

19        In the usual course, Pickens would re-assert her claims by re-filing this action.  However,

20   given the investment of resources in this case by the parties and the Court and the fact that

21   defendant does not object, it seems appropriate that the case should be reinstated.

22        The Court therefore GRANTS plaintiff's motion and VACATES its judgment of

23   November 3, 2004 dismissing this case.  The Clerk of the Court is directed to reopen this matter

24

25

26

27

28   ORDER GRANTING MOTION
     TO VACATE AND REOPEN - 1

1    and to issue a new case schedule.

2

3        DATED this 5th day of July, 2005.

4                                              _____
                                               Robert S. Lasnik
5                                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER GRANTING MOTION
      TO VACATE AND REOPEN - 2